# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              NO. 4:14CR58-2-JLH

DR. ANGELA BARROW                                                           DEFENDANT

## ORDER

Defendant Dr. Angela Barrow appeared for plea and arraignment on December 30, 2014. Defendant remains on the current standard conditions of release previously imposed, and no additional conditions are necessary. Supervision by the pretrial services office is not required.

IT IS SO ORDERED, this 31st day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE