**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                         NO. 4:14CR00058-02 JLH

ANGELA BARROW                                                    DEFENDANT

**ORDER**

Without objection, Angela Barrow's motion for return of passport and permission to travel to Great Britain is GRANTED. Document #82.

IT IS SO ORDERED this 2nd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE